CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 12 2014

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GOLDY THOMPSON, | CASE NO. 7:14CV00377 |
| Petitioner, | |
| v. | FINAL ORDER |
| CHRISTOPHER ZYCH, | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** as without merit; petitioner's application to proceed in forma pauperis is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 12th day of August, 2014.

/s/ Glen Conrad
Chief United States District Judge